# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUANITA NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) CASE NO. 3:04-cv-267-DGW |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** The matter came before the Court on Complaint for review of decision of Commissioner of Social Security.

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on September 23, 2005, the final decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **GRANTED** in favor of Defendant and against Plaintiff. This case is **DISMISSED** with prejudice.

**DATED**: September 23, 2005

**NORBERT G. JAWORSKI, CLERK**

**BY:** s/ Robin M. Butler
       **Deputy Clerk**

**Approved:**

   s/ Donald G. Wilkerson
      **United States Magistrate Judge**
      **Donald G. Wilkerson**